998

No. 735, Misc. GAITO ET AL. *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 739, Misc. BENNETT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 742, Misc. WILLIAMS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 744, Misc. DUNCAN *v.* MAINE ET AL. C. A. 1st Cir. Certiorari denied. Petitioner *pro se*. *Frank E. Hancock*, Attorney General of Maine, and *Richard A. Foley*, Assistant Attorney General, for respondents.

No. 746, Misc. HENSLEY *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 747, Misc. BUTLER *v.* YEAGER, PRISON KEEPER. Supreme Court of New Jersey. Certiorari denied.

No. 748, Misc. FREDERICKS *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 749, Misc. DUSKY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *James W. Benjamin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 750, Misc. DAVIS *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 759, Misc. JOHNSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller; Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.